1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJIE D. BROOKINS,

11          Plaintiff,                    No. CIV S-03-0916 GEB JFM P

12       vs.

13   CAL TERHUNE, et al.,

14          Defendants.              ORDER

15   _____/

16          On May 23, 2005, plaintiff filed a letter requesting an extension of time.  That

17   document was not served on defendants.  Plaintiff acknowledges in his filing that he did not

18   serve counsel for defendants and asks the court to make copies and send one to opposing counsel

19   and return one copy to plaintiff.

20          However, on June 1, 2004, plaintiff was advised that every document submitted to

21   the court for consideration must be served on counsel for defendants.  Fed. R. Civ. P. 5; Local

22   Rule 5-135(b).  Plaintiff is cautioned that lack of access to the law library is not an excuse for

23   failing to serve opposing counsel.  Although tedious, plaintiff is permitted to serve handwritten

24   copies of his filings on counsel for defendants.  Plaintiff is advised that future failure to serve his

25   filings on counsel for defendants will result in a recommendation that this action be dismissed for

26   his failure to comply with court orders.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's May 23, 2005 request for an extension of time is denied without

3    prejudice.  Plaintiff is cautioned that failure to properly serve any documents subsequently filed

4    in this action, and failure to include a proper certificate of service with such filing, may result in a

5    recommendation that this action be dismissed.

6    2.  Plaintiff shall file his opposition to defendants' April 26, 2005 motion to

7    dismiss within twenty days from the date of this order.  Failure to timely file an opposition may

8    result in a recommendation that this action be dismissed.

9    DATED:  May 26, 2005.

10

11    _____
     UNITED STATES MAGISTRATE JUDGE

12

13    /001
     broo0916.35(1)

14

15

16

17

18

19

20

21

22

23

24

25

26

2