IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJIE D. BROOKINS,

    Plaintiff,                               No. CIV S-03-0916 GEB JFM P

    vs.

CAL TERHUNE, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time, but it is unclear for what plaintiff seeks an extension of time. In his filing, however, plaintiff states he is appealing the judgment to the Ninth Circuit Court of Appeals. Accordingly, the court will construe plaintiff's April 14, 2006 filing as a timely notice of appeal and direct the Clerk of the Court to process the appeal.

        On April 17, 2006, plaintiff filed a request for excerpts of the record. Plaintiff is advised that the appellate court will obtain the instant record directly from this court. Accordingly, plaintiff's April 17, 2006 request will be denied.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2006 motion is construed as a notice of appeal;

        2. The Clerk of the Court is directed to process the appeal; and

/////

3.  Plaintiff's April 17, 2006 request is denied.

DATED: April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; broo0916.app